IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

__Mourice Neal EL__
(Enter Above the Name of the Plaintiff in this Action)

vs.

__Sarah Valasek__
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

__Cynthia, Coser__
__Wade, Haley__

RECEIVED
JUL -6 2022
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

1:22CV394.

JUDGE MCFARLAND

MAGISTRATE JUDGE BOWMAN

## COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

__Mourice Neal EL__
Name - Full Name Please - PRINT

__319½ Garrison St., Apt 2R__
Street Address

__Fremont, OH  43420__
City, State and Zip Code

__313-516-4596__
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Wade Haley
Name - Full Name Please
P.O. Box 1115, Holland, OH 43528
Address: Street, City, State and Zip Code

2. Cynthia Coser (list name might be spelled wrong)
P.O. Box 1115, Holland, OH 43528

3. Sarah Valasek
P.O. Box 1115, Holland, OH 43528

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
[Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

A warrant to search and seizue my property was issued on the wrong location. And the agent in charge still allowed for the property to be taken. Date March 31, 2022 time 2:35 pm. The location of my business NEAL EL Retail Services is 321 Garrison St. not 323 Garrison St. However at the time of the offense to enter into my place of business was 323 Garrison St. Upon which I inform the agent in charge Sarah Valasek. So the warrant issued violates U.S. Constitution Amendment IV and Ohio state Constitution article I, section 14. And U.S. Constitution article VI, plus Ohio state Constitution article XV, section 7 which constitute as robbery in their official capacity. And I ask. You are bound by oath to support the constitution of United States and this state of Ohio correct? All three lady said yes. And as you can see from the documents provided is a direct violation to the Country, State of Ohio, and myself. And U.S. Constitution Amendment V and Ohio Constitution Article I, section 10!!!

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption |
|---|---|
| 21-206 | Maurice Neal vs. City of Detroit, Michigan |
| | vs. |
| | vs. |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I would like to be granted my Sovereign Citizenship with the use of the name Maurice Neal EL and fifteen trillion and for a place to live Detroit Bella Island for residency. Plus my beer and liquor license's granted And the right to run a lotter machine and my EBT all in my Store. And also exempt for paying tax's meaning tax exemption federal and all States! And I want all my property back and paid for the expiration for any of my property

I state under penalty of perjury that the foregoing is true and correct. Executed on this 30 day of June , 20 22.

Maurice Neal El
Signature of Plaintiff

-4-

Common Pleas Court

## SANDUSKY COUNTY JUVENILE/PROBATE COURT

## WARRANT TO SEARCH

## THE STATE OF OHIO

ss.

## CITY OF FREMONT, SANDUSKY COUNTY

*To: Acting Police Chief Derek Wensinger, Fremont Police Department and Agent-In-Charge Shawn Tatter, Ohio Department of Public Safety, Investigative Unit, Greetings:*

WHEREAS, there has been filed with me an affidavit, a copy of which appears attached hereto, these are, therefore, to command you, in the name of The State of Ohio, with the necessary and proper assistance, to enter, in the daytime, into the premises of Neal El Retail, located at 323 Garrison Street, Fremont, Ohio 43420, being described as a three story brick structure appearing to have retail space on the first floor and apartments on the second and third floors on the northwest corner of Garrison Street and S. Arch Street. On the south side of the building is a parking lot for the premises and other businesses in the area. On the east side of the building is an alley between this building and another building housing a separate business. Neal El Retail is located on the first floor on the northwestern portion of the building. The main entrance to the premises is located on the northwest corner of the building, within three (3) days after the issuance of this warrant. The said premises being in the County of Sandusky, Ohio, aforesaid, and there diligently search for the said goods, chattels, or articles, to wit, pursuant to §2933.21 R. C. and Rule 41 of the Ohio Rules of Criminal Procedure, evidence of the commission of the criminal offense of Activities Prohibited Without a Permit §4301.58(A) R. C. and §4301.58(A) R. C., Keeping a Place Where Beer and Liquor are Sold §4399.09(A) R. C., any beer, malt liquor, wine, wine product or spirituous liquors being kept at the location for sale; any and all containers, coils, devices, apparatuses, and towers used to manufacture wine, beer and/or spirituous liquor; any and all containers used to store alcoholic beverages including kegs, automatic dispensing machines, shipping crates, or storage bins: any monies in cash drawers or safes that was made from the illegal sale of alcoholic beverages, records, ledgers, and/or documents, or records of the same representing the proceeds from the commission of such criminal offenses, taper, or other storage devices, and the records contained therein or generated thereby, indicating commission of such criminal offences; records, documents, or tax records showing employment or lack of employment of suspected individuals; any monies, including, but not limited to U.S. currency; books, records, cash register receipts, membership or patron lists or documents, and all indicia, documents and recordings showing ownership or rights of possession of the permit premises, and pursuant to Trafficking in Cigarettes Without a License §5743.19 R. C. and Vendor or Transient Vendor's License §5739.31 R. C., any tobacco products, cigarettes, chewing tobacco, vape products, any monies in cash drawers or safes that was made from the illegal sale of tobacco products, any records from the sale of tobacco products, any tax records relating to the sale of tobacco products of Neal El Retail, 323 Garrison Street, Fremont, Ohio 43420.

You are further commanded to bring the same or any part thereof, found on such search, forthwith before me, or some other judge of this court having cognizance thereof, to be disposed of and dealt with according to law. In lieu thereof, you are authorized to retain such seized property and evidence in the property room of the Ohio Department of Public Safety, Investigative Unit.

_____  3/31/2022
Judge Bradley Smith                    Date

Neal El Retail Search Warrant 1

# UNITED STATES OF AMERICA
# STATE OF OHIO
# OFFICE OF THE SECRETARY OF STATE

I, Frank LaRose, do hereby certify that I am the duly elected, qualified and present acting Secretary of State for the State of Ohio, and as such have custody of the records of Ohio and Foreign business entities; that said records show a Report of Use of Fictitious Name of NEAL EL RETAIL SERVICES, Registration Number 4829311, filed in this office on March 4, 2022, filed by Mourice Neal, 321 Garrison Street, Fremont, OH 43420, under article 1329.01 of the Ohio Revised Code, and is currently in FULL FORCE AND EFFECT upon the records of this office.



Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 31st day of March, A.D. 2022.

**Ohio Secretary of State**

Validation Number: 202209002314

  

Mike DeWine, Governor
Jon Husted, Lt. Governor

Thomas J. Stickrath, Director
Colonel Richard S. Fambro, Superintendent

DATE: April 6, 2022                                FILE: 22-2773

TO: Mourice Neal

FROM: Agent Wade

SUBJECT: Tracking #13

---

During the execution of the search warrant of 323 Garrison Street, Fremont, Ohio 43420 on March 31, 2022, Agent Wade along with the assistance of AAIC Valasek collected and counted the seized monies. During the counting of the monies found on the counter, agents counted the money using a tally sheet. This tally sheet was added up and totaled by Agent Wade. Toward the end of counting the monies, a nickel was located on the counter and added to the monies. The total number of monies seized, however, reflected the original total, not including the nickel that was located later on. The original total that was documented was $31.65 US currency. The updated total, including the nickel, was $31.70 US currency. Agent Wade and Agent Sargent counted the new total once at the Toledo District Office.

1970 West Broad Street
P.O. Box 182074
Columbus, Ohio 43218-2074

www.statepatrol.ohio.gov




# Ohio Department of Public Safety
## Investigative Unit
### Evidence Custody Document

| | | |
|---|---|---|
| Office: Toledo District | Case: 22-002773 | Liquor Per: |
| Premises: 321 GARRISON STREET | DBA | |
| Address: 321 GARRISON STREET FREMONT, OH 43420 | | County: Sandusky |
| Confiscated By: Wade, Haley | | Confiscated Date: 3/31/2022 2:35 PM |

Confiscated By: Wade, Haley  
Confiscated Date: 3/31/2022 2:35 PM

| Item # | Code* | Quan | Description | Offense Date | Suspect | BA | Violation Date | Tracking # |
|---|---|---|---|---|---|---|---|---|
| 1 | A | 1 | OHIO DIRECTION CARD BEARING #5077 0001 9620 6709, NAME MOURICE NEAL | | | | | 9 |
| 2 | A | 1 | BAG CONTAINING MISCELLANEOUS RECORDS | | | | | 10 |
| 3 | A | 20 | INTACT 12 OZ CANS BUD LIGHT BEER | | | | | 11 |
| 4 | A | 17 | INTACT 12 OZ BOTTLES CORONA EXTRA BEER | | | | | 12 |
| 5 | D | $31.65 | THIRTY-ONE DOLLARS AND SIXTY-FIVE CENTS US CURRENCY | | | | | 13 |

* Code Legend: A-Safekeeping; B-Safekeeping-Suspected Drugs; C-Safekeeping-Firearms; D-Money; F-Safekeeping-Gambling Machine

### Handling Log

| Items | Released By | Received By | Date / Time | Purpose |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Witness: _____  Date/Time: _____

 

OHIO DEPARTMENT OF PUBLIC SAFETY
OHIO STATE HIGHWAY PATROL

# NOTIFICATION OF PROPERTY SEIZURE

**DISTRICT / POST**
TOLEDO / OHIO INVESTIGATIVE UNIT

**TO:**
NEAL EL RETAIL SERVICES CARE OF MOURICE NEAL

323 GARRISON STREET

FREMONT, OHIO 43420

The Ohio Department of Public Safety (Ohio State Highway Patrol / Ohio Investigative Unit) is in possession of certain registered / title property that has been SEIZED by Law Enforcement Officers pursuant to Section 2981, 4503.233, 4503.234, 4507.361, 4507.99, 4511.193, or 4511.99 of the Ohio Revised Code. The property is described as follows:

## PROPERTY DESCRIPTION

| YEAR | MAKE | MODEL | COLOR |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| LICENSE PLATE # | STATE | VIN |
|---|---|---|
| N/A | | N/A |

**DESCRIPTION AND SERIAL # OF OTHER PROPERTY**
$31.65 IN US CURRENCY, MISC RECORDS, 17 INTACT 12 OZ BOTTLES CORONA EXTRA BEER, 20 INTACT CANS BUD LIGHT BEER, 1 OHIO DIRECTION CARD ENDING #6709.

As the registered / titled owner of the aforesaid property, you are hereby notified of the SEIZURE. You will be notified of the date, time, and place of court hearings which may be scheduled for the retention or disposition of the property.

| DATE AND TIME OF SEIZURE | DATE AND TIME OF NOTIFICATION |
|---|---|
| March 31, 2022 @ 2:35PM | March 31, 2022 @ 3:50PM |

| LOCATION OF NOTIFICATION | METHOD OF NOTIFICATION |
|---|---|
| 323 Garrison Street, Fremont, Ohio 43420 | ☐ TELEPHONE ☐ WRITING ☐ CERTIFIED MAIL ☒ IN PERSON |

I certify the above notification of property seizure was communicated to **Mourice Neal** _____, the registered / title owner of the aforesaid property this **31st** day of **March**, 20**22**.

X _____ #9142
SIGNATURE OF OFFICER MAKING NOTIFICATION

X _____ #9017
SIGNATURE OF WITNESS

OHP 1283 5 15 [17601200] [760-0431]

# FREMONT MUNICIPAL COURT
323 S. Front St., Fremont, Ohio 43420
Phone: (419) 332-1579    Fax: (419) 332-1570
www.fremontmunicipalcourt.org

Attorney:  J. Connor Dunn, Esq.
           428 W Fremont Rd
           Port Clinton, OH 43452
Phone:     (419) 734-9009

Date:   April 13, 2022

## NOTICE OF HEARING
  -   APPOINTMENT OF COUNSEL

Judge Daniel L. Brudzinski

You have been appointed to represent: **Neal, Mourice**
Address: 319 1/2 GARRISON ST APT 4, FREMONT OH 43420       Phone: 419-609-8253

| Case Number(s) | Description of Offense(s) | | Agency | Bond Amount |
|---|---|---|---|---|
| CRB 2200250  | 5739.31A1 | SELL RETAIL      | | $ |
| CRB 2200249  | 5739.19   | TRAFF CIG        | | |
| CRB 2200203A | 4301.58B  | ILLEGAL SALES    | | |
| CRB 2200203B | 4399.09   | KEEPER OF PLACE  | | |
| CRB 2200204A | 4301.58B  | ILLEGAL SALES    | | |
| CRB 2200204B | 4399.99   | KEEPER OF PLACE  | | |
| CRB 2200205A | 4301.58B  | ILLEGAL SALES    | | |
| CRB 2200205B | 4399.99   | KEEPER OF PLACE  | | |
| CRB 2200206A | 4301.58B  | ILLEGAL SALES    | | |
| CRB 2200206B | 4399.99   | KEEPER OF PLACE  | | |
| | | **Total Amount of Bond** | | $ |

You are hereby notified that the above case(s) have been assigned as follows:

**Telephone Pt**            04/26/2022            at   11:00 AM

**TO THE DEFENDANT**: This will be your ONLY notification of said hearing(s). Failure to appear will result in a warrant being issued for your arrest. YOU MUST STAY IN CONTACT WITH YOUR COURT APPOINTED ATTORNEY WHILE CASE(S) ARE PENDING.

Raquel Molina, Clerk of Court

*Mourice Neal El*
Defendant's Signature

Clerk/Deputy Clerk Signature

Cc:    Prosecutor
       Attorney
       Defendant