# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MOURICE NEAL EL, | : | Case No. 1:22-cv-394 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| SARAH VALASK, *et al.*, | : | |
| Defendants. | : | |

## JUDGMENT IN A CIVIL CASE

    **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**
(1) Plaintiff's Complaint (Doc. 1) is DISMISSED with prejudice for failure to state a claim and because the State of Ohio is entitled to immunity under the Eleventh Amendment;
(2) The Court CERTIFIES that, pursuant to 28 U.S.C. § 1915(a)(3), an appeal of this decision could not be taken in good faith;
(3) Plaintiff's Motion for Default Judgment is DENIED as moot; and
(4) This case is TERMINATED from the Court's docket.

Dated: September 16, 2022.                  Richard W. Nagel, Clerk of Court
                                                                By: */s/ Kellie A. Fields*
                                                                           Deputy Clerk