IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MOURICE NEAL EL, | : | Case No. 1:22-cv-394 |
| Plaintiff, | : | |
| | : | Judge Matthew W. McFarland |
| v. | : | |
| SARAH VALASEK, et al., | : | |
| Defendants. | : | |

## ORDER STAYING CASE PENDING APPEAL

This matter is before the Court on its own motion. The Court adopted the Report and Recommendation (Doc. 4) of Magistrate Judge Stephanie K. Bowman on September 16, 2022 and dismissed the matter. (*See* Order Adopting Report and Recommendation, Doc. 8.) Plaintiff then appealed this Court's Order on October 14, 2022. (*See* Notice of Appeal, Doc. 13.)

Federal courts have the inherent authority to stay proceedings. *See Landis v. North American Co.*, 299 U.S. 248, 254 (1936) ("the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); *Hill v. Mitchell*, 30 F.Supp.2d 997, 1000 (S.D. Ohio 1998) ("the Court has the inherent power to stay proceedings pending the resolution of the same or related issues in another forum.").

The Court, exercising its inherent authority, **STAYS** this matter pending the outcome of the appeal.

IT IS SO ORDERED.

                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF OHIO

By: _____
       JUDGE MATTHEW W. McFARLAND